

**UNITED STATES of America, Plaintiff-Appellant, v. IOVACCHINI BROTHERS, Inc., Stella Iovacchini, Administratrix of the Estate of N. Iovacchini, Also Known as Nicholas J. Iovacchini, and O. Ciancaglini, Sureties, Defendants-Appellees.**

No. 7491.

Circuit Court of Appeals, Third Circuit.

Dec. 6, 1940.

Edward A. Kallick, of Philadelphia, Pa., for appellant.

Leon E. Sperling, of Philadelphia, Pa., for appellees.

Before BIGGS, MARIS, and GOODRICH, Circuit Judges.

PER CURIAM.

Our decision in United States of America v. Iovacchini Brothers, Inc., 116 F.2d 345, disposes of this case in view of the stipulation entered into between the parties with the consent of the court below. Accordingly the judgment is reversed and the cause is remanded with directions to enter judgment for the plaintiff.

PER CURIAM.

At the request of the appellant and with the consent of the court the within appeal, 28 F.Supp. 794, is dismissed with each party paying its own costs.

**COMMERCIAL INVESTMENT COMPANY, a Corporation, Appellant, v. William D. DEICHMANN.**

No. 11616.

Circuit Court of Appeals, Eighth Circuit.

Nov. 19, 1940.

Altman, Bremser, Newmark & Altman and Arnot L. Sheppard, all of St. Louis, Mo., for appellant.

William J. Becker and Arthur U. Simmons, both of Clayton, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 28 F.Supp. 558, dismissed for want of prosecution, at costs of appellant.

**The CINCINNATI ADVERTISING PRODUCTS COMPANY, Appellant, v. The CERAMIC PROCESS COMPANY, and Solar Laboratories, Appellees.**

No. 8431.

Circuit Court of Appeals, Sixth Circuit.

Nov. 6, 1940.

Murray, Sackhoff & Paddack, of Cincinnati, Ohio, for appellant.

Wood & Wood, of Cincinnati, Ohio, for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

**George F. DUGGER and C. L. Grindstaff, Appellants, v. John I. COX, Receiver of the First National Bank of Elizabethton, Tennessee, Appellee.**

No. 8686.

Circuit Court of Appeals, Sixth Circuit.

Dec. 3, 1940.

Hallie K. Riner, of Elizabethton, Tenn., for appellants.

Joseph A. Caldwell, of Bristol, Tenn., for appellee.

Before HICKS, ALLEN and HAMILTON, Circuit Judges.